IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | No. 1:06CR00088ERW |
| ) | |
| TRON KENT,    ) | |
| a/k/a TRONE KENT,    ) | |
| ) | |
| Defendant.    ) | |

**INFORMATION AND NOTICE OF ENHANCED SENTENCE
IN ACCORDANCE WITH 21 U.S.C. § 851**

Comes now the United States of America, by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Keith D. Sorrell, Assistant United States Attorney for said District, in the above-entitled cause and hereby notifies the defendant that by virtue of the defendant's prior criminal history, to-wit:

On or about April 22, 2004, in the Circuit Court of Scott County, Missouri, in Case No. 04CR744392-01, defendant was convicted of the felony of Distribution of a Controlled Substance;

that upon conviction for the offense of Possession With Intent to Distribute 50 Grams or More of Cocaine Base, as set forth in Count III of the Indictment herein, the defendant is subject to the enhanced penalty provisions of Title 21, United States Code, Section 841(b)(1)(A). This provision calls for a term of imprisonment which may not be less than 20 years and not more than life imprisonment, and a fine not to exceed the greater of twice that authorized in accordance with the provisions of Title 18 or $8,000,000 if the defendant is an individual or

$20,000,000 if the defendant is other than an individual, or both, any sentence imposed under this subparagraph shall include a term of supervised release of at least ten years in addition to such term of imprisonment.

Notwithstanding any other provision of law, the Court shall not place on probation or suspend the sentence of any person sentenced under these provisions.  No person sentenced under these provisions shall be eligible for parole during the term of imprisonment imposed therein.

>                              CATHERINE L. HANAWAY
>                              UNITED STATES ATTORNEY
>
>
>                              /s/ Keith D. Sorrell
>                              KEITH D. SORRELL, #33212
>                              ASSISTANT UNITED STATES ATTORNEY
>                              325 Broadway, P. O. Box 2107
>                              Cape Girardeau, MO 63702-2107
>                              (573) 334-3736

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2006, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Jeffrey Rosanswank
Asst. Federal Public Defender

>                              /s/ Keith D. Sorrell
>                              Keith D. Sorrell
>                              Assistant United States Attorney