IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED

FEB 2 2 2007

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. S1-1:06CR00088JCH |
| | ) | Title 18, United States Code |
| TRON KENT, | ) | Sections 922(g)(1), 924(e), 924(c), 2251(e), & |
| a/k/a TRONE KENT, | ) | 2252A(a)(5)(B), |
| | ) | Title 21, United States Code, |
| Defendant. | ) | Section 841(a)(1) |

## SUPERSEDING INDICTMENT

### COUNT I

THE GRAND JURY CHARGES THAT:

On or about January 20, 2004, in Scott County, within the Eastern District of Missouri,

**TRON KENT,
a/k/a TRONE KENT,**

the defendant herein, did possess in and affecting interstate commerce, a firearm, to wit: a Jennings, .380 caliber pistol, bearing serial number 923687, and had previously thereto been convicted of the following crime, punishable by a term of imprisonment exceeding one year:

On March 14, 2000, in the Circuit Court of Mississippi County, Missouri, in Case Number CR299-720FX, for the felony of Possession of a Controlled Substance With the Intent to Distribute,

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT II

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 20, 2004, in Scott County, within the Eastern District of Missouri, the defendant,

**TRON KENT,
a/k/a TRONE KENT,**

possessed a firearm, a Jennings, .380 caliber pistol, bearing serial number 923687, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, possession with intent to distribute cocaine base, in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT III

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 9, 2006, in Mississippi County, within the Eastern District of Missouri, the defendant,

**TRON KENT,
a/k/a TRONE KENT,**

did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of cocaine base, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and punishable under Section 841(b)(1)(B).

## COUNT IV

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 9, 2006, in Mississippi County, within the Eastern District of Missouri, the defendant,

**TRON KENT,
a/k/a TRONE KENT,**

possessed a firearm, a High Standard, .22 caliber revolver, bearing serial number 1089924, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, possession with intent to distribute fifty (50) grams or more of cocaine base, as alleged in Count III of the indictment, in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT V

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 9, 2006, in Mississippi County, within the Eastern District of Missouri,

**TRON KENT,**
**a/k/a TRONE KENT,**

the defendant herein, did possess in and affecting interstate commerce, a firearm, to wit: a High Standard, .22 caliber revolver, bearing serial number 1089924, and had previously thereto been convicted of the following crimes, each punishable by a term of imprisonment exceeding one year:

(1) On March 14, 2000, in the Circuit Court of Mississippi County, Missouri, in Case Number CR299-720FX, for the felony of Possession of a Controlled Substance With the Intent to Distribute; and

(2) On April 22, 2004, in the Circuit Court of Scott County, Missouri, in Case Number 04CR744136-01, for the felony of Possession of a Controlled Substance With the Intent to Distribute; and

(3) On April 22, 2004, in the Circuit Court of Scott County, Missouri, in Case Number 04CR744392-01, for the felony of Possession of a Controlled Substance With the Intent to Distribute,

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT VI

THE GRAND JURY FURTHER CHARGES THAT:

At all times pertinent to the charges in this Indictment:

1. Federal law defined the term

(a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(1));

(b) "sexually explicit conduct" to mean actual or simulated--

3

        (i) sexual intercourse, including genital-genital, anal-genital, oral-genital, oral-anal, whether between persons of the same or opposite sex,

        (ii) bestiality,

        (iii) masturbation,

        (iv) sadistic or masochistic abuse, or

        (v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C §2256(2)(A));

    (c) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

        (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

        (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct. (18 U.S.C.§2256(8)).

    2. On or about February 25, 2006, in Mississippi County within the Southeastern Division of the Eastern District of Missouri, the defendant,

**TRON KENT,**
**a/k/a TRONE KENT,**

did knowingly employ, use, persuade, induce, entice and coerce a minor female to engage in sexually explicit conduct, specifically, sexual intercourse with the defendant, for the purpose of producing a visual depiction of such conduct, to wit: a graphic-image file saved on a Virgin brand cellular phone (serial number 04EB64D4), and such depiction was produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, in violation of Title 18, United States Code, §2251(a) and punishable under Title 18, United States Code, §2251(e).

4

## COUNT VII

THE GRAND JURY FURTHER CHARGES THAT:

1. The allegations contained in paragraph one of Count VI of this Indictment is incorporated by reference as if fully set forth herein.

2. On or about May 8, 2006, in Mississippi County, within the Southeastern Division of the Eastern District of Missouri, the defendant,

**TRON KENT,**
**a/k/a TRONE KENT,**

did knowingly possess materials that contained visual images of child pornography, to wit, a graphic-image file of the minor child engaging in sexual intercourse with the defendant, and said image was produced using materials that traveled in interstate and foreign commerce, to wit, a Virgin brand cellular phone (serial number 04EB64D4), in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and punishable under Title 18, United States Code, Section 2252A(b)(2).

A TRUE BILL.

_____
FOREPERSON

CATHERINE L. HANAWAY
UNITED STATES ATTORNEY

_____
LARRY H. FERRELL, #3095
ASSISTANT UNITED STATES ATTORNEY

5