UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> TRON KENT, a/k/a TRONE KENT, ) <br> ) <br> Defendant(s). ) | Case No. 1:06CR88 JCH (LMB) |

## ORDER

This matter is before the Court on Defendant's pre-trial Motion to Suppress Evidence and Statements. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Lewis M. Blanton, who filed a Report and Recommendation on April 12, 2007. Neither party submitted objections to the Report and Recommendation.[1]

Magistrate Judge Blanton recommends that the Court deny Defendant's motion. After de novo review of the entire record in this matter, the Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [Doc. No. 73] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

---

[1] On April 22, 2007, Defendant purportedly submitted his Objections to the Report and Recommendation of the Findings of the Magistrate Court. (Doc. No. 77). In that document, however, Defendant merely requests an additional two days to file a brief enumerating his objections. (Id.). To date, Defendant has not filed any enumerated objections to the Magistrate Judge's Report and Recommendation, and so the Court considers any such objections waived.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence and Statements [Doc. No. 45] is **DENIED**.

Dated this 8th day of May, 2007.

/s Jean C. Hamilton
UNITED STATES DISTRICT JUDGE